533 A.2d 916

**Clifton Sylvester JONES**

v.

**STATE of Maryland.**

**No. 81, Sept. Term, 1987.**

Court of Appeals of Maryland.

Dec. 7, 1987.

Julia Doyle Bernhardt, Asst. Public Defender (Alan H. Murrell, Public Defender, on the brief), Baltimore, for appellant.

Norman L. Smith, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on the brief), Baltimore, for appellee.

Argued before MURPHY, C.J., ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

ORDER

The petition for a writ of certiorari in the above entitled case, having been granted and heard, it is this 7th day of December, 1987

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.